# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Aaron Private Clinic Management LLC, | Case No. 1:17-cv-01034-WSD |
| Plaintiff, | |
| v. | Action for Violations of the Rehabilitation Act, 29 U.S.C. § 701 et seq. and the Americans with Disabilities Act 42 U.S.C. § 12101 et seq. |
| Frank W. Berry, in his Official Capacity as Commissioner of the Georgia Department of Community Health; and, Nathan Deal, in his Official Capacity as Governor of Georgia, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Aaron Private Clinic Management LLC ("Plaintiff") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Orders of this Court:

1. This Court's November 17, 2017 Order granting Defendants' Motion to Dismiss and Judgment [Docs. 34 and 35].

Respectfully submitted, this November 17, 2017

                               **s/James A. Dunlap Jr.**
                               James A. Dunlap Jr. & Assoc. LLC
                               Georgia State Bar No.  003280
                               4403 Northside Parkway NW Suite 1413
                               Atlanta, Georgia  30342
                               404-354-2363
                               404-745-0195 (fax)
                               jim@jamesdunlaplaw.com

                               Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.D, I certify that the foregoing has been prepared in 14-point Times New Roman type face, in compliance with Local Rule 5.1. See N.D. Ga. Civ. R. 5.1, 7.1.D.

This November 17, 2017.

**s/James A. Dunlap Jr.**
James A. Dunlap Jr., Esq.

2

## CERTIFICATE OF SERVICE

I certify that I have this day served the preceding pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Roger Chalmers, Esq.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

This November 17, 2017.

**s/James A. Dunlap Jr.**
James A. Dunlap Jr., Esq.
