**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AARON PRIVATE CLINIC MANAGEMENT, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) | CIVIL ACTION NO.
| | ) | 1:17-cv-01034-WSD
| FRANK W. BERRY, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO SEAL DOCUMENTS 41-3 AND 41-4 TO ALLOW RE-FILING WITH PROTECTED INFORMATION REDACTED**

Defendants Frank W. Berry, in his official capacity as Commissioner for the Georgia Department of Community Health, and Nathan Deal, in his official capacity as Governor of the State of Georgia, through counsel, and pursuant to Appendix H of the Local Rules and Standing Order 04-02, respectfully ask that the Court seal the documents that were previously filed in this case as ECF 41-3 and ECF 41-4 on the grounds that those documents were inadvertently filed without redaction of personal data identifiers, specifically, a home address which appears on two pages within the documents. By separate notice of filing these documents will be re-filed with this information redacted.

WHEREFORE, Defendants respectfully request that the Court grant this motion and seal documents 41-3 and 41-4.

Respectfully submitted,

CHRISTOPHER M. CARR       112505
Attorney General

KATHLEEN M. PACIOUS       558555
Deputy Attorney General

s/ Roger A. Chalmers           118720
ROGER A. CHALMERS
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Anderson Dunlap, Jr.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

This 7th day of December, 2017.

                                                   s/ Roger A. Chalmers